## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| QA3 FINANCIAL CORP., QA3 FINANCIAL, LLC, QUANTUM INSURANCE DESIGN, LLC, and QA3, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:12CV5 |
| V. | ) ) | |
| FINANCIAL NETWORK INVESTMENT CORPORATION, CETERA FINANCIAL GROUP, and MULTI-FINANCIAL SECURITIES CORPORATION, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

    This matter is before the Court on Victoria H. Buter's motion to withdraw as counsel of record for Plaintiffs.  (Filing 42.)  Upon the representation that Plaintiffs will continue to be represented in this matter, the motion will be granted.

**IT IS ORDERED:**

1. Victoria H. Buter's Motion to Withdraw as Counsel (filing 42) is granted.

2. The Clerk of Court shall terminate the appearance of Victoria H. Buter as counsel for Plaintiffs and shall terminate future notices to her in this matter.

**DATED November 5, 2012.**

                                       **BY THE COURT:**

                                       S/ F.A. Gossett
                                       **United States Magistrate Judge**