IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QA3 FINANCIAL CORP., QA3 FINANCIAL, LLC, QUANTUM INSURANCE DESIGN, LLC, QA3, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> FINANCIAL NETWORK INVESTMENT CORPORATION, CETERA FINANCIAL GROUP, MULTI-FINANCIAL SECURITIES CORPORATION, <br><br> Defendants. | 8:12CV5 <br><br> **ORDER OF RECUSAL** |

Because of a possible appearance of impropriety in my handling this case,

IT IS ORDERED that the matter is referred to the Chief Judge for reassignment.

Dated June 10, 2013.

BY THE COURT:

_____
Warren K. Urbom
United States Senior District Court