IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QA3 FINANCIAL CORP., QA3 FINANCIAL, LLC, QUANTUM INSURANCE DESIGN, LLC, QA3, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FINANCIAL NETWORK INVESTMENT CORPORATION, CETERA FINANCIAL GROUP, MULTI-FINANCIAL SECURITIES CORPORATION,<br><br>Defendants. | 8:12CV5<br><br>MEMORANDUM AND ORDER |

A pretrial conference is scheduled in this case for April 8, 2014 and the jury trial is currently scheduled for April 21, 2014. Defendants' motion for summary judgment is pending.

Accordingly,

IT IS ORDERED that the pretrial conference and jury trial are continued pending further order of the court. The parties shall contact the undersigned's chambers within ten (10) days after the ruling on the motion for summary judgment to schedule a conference addressing the further progression of this case.

Dated this 3rd day of April, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge