IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QA3 FINANCIAL CORP., QA3 FINANCIAL, LLC, QUANTUM INSURANCE DESIGN, LLC, QA3, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>FINANCIAL NETWORK INVESTMENT CORPORATION, CETERA FINANCIAL GROUP, MULTI-FINANCIAL SECURITIES CORPORATION,<br><br>Defendants. | **8:12CV5**<br><br>**ORDER** |

Upon notice of settlement given to the magistrate judge on July 30, 2014, by counsel for the plaintiffs,

IT IS ORDERED that:

1. On or before **September 29, 2014**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at bataillon@ned.uscourts.gov, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 31st day of July, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge