IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QA3 FINANCIAL CORP., QA3 FINANCIAL, LLC, QUANTUM INSURANCE DESIGN, LLC and QA3, LLC, <br><br>        Plaintiffs, <br><br>     v. <br><br> FINANCIAL NETWORK INVESTMENT CORPORATION, CETERA FINANCIAL GROUP, and MULTI-FINANCIAL SECURITIES CORPORATION, <br><br>        Defendants. | No. 8:12-cv-00005-JFB-CRZ <br><br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

This matter comes before the Court upon Plaintiffs, QA3 Financial Corp., QA3 Financial, LLC, Quantum Insurance Design, LLC and QA3, LLC and Defendants Financial Network Investment Corporation, Cetera Financial Group and Multi-Financial Securities Corporation's (collectively, "the parties"), Stipulation of Dismissal.  The Court, being fully advised in the premises, hereby grants the parties' Stipulation of Dismissal:

IT IS ORDERED that for good cause shown,

(1)    the Stipulation of Dismissal is hereby approved; and

(2)    all of Plaintiffs' claims and causes of action asserted against Defendants are hereby dismissed with prejudice, with each party paying its own fees and costs.

Dated this 21st day of November, 2014.

BY THE COURT:


  s/ Joseph F. Bataillon
Senior United States District Judge

4818-4836-9184.1